```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 24242
   CLEOPHIOUS SIMMONS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-5945


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/26/2007 and was confirmed 02/25/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
RMI/MCSI                     UNSECURED         250.00             .00             .00
ASSET ACCEPTANCE LLC         UNSECURED         222.08             .00             .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         363.40             .00             .00
PORTFOLIO RECOVERY ASSOC     UNSECURED         264.03             .00             .00
ILLINOIS DEPT OF REVENUE     PRIORITY       NOT FILED             .00             .00
CITY OF CHICAGO PARKING      UNSECURED        3690.00             .00             .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED             .00             .00
COMMONWEALTH EDISON          UNSECURED      NOT FILED             .00             .00
ILLINOIS DEPT OF REVENUE     UNSECURED      NOT FILED             .00             .00
VILLAGE OF MIDLOTHIAN LO     UNSECURED      NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY      3,493.00                         308.61
TOM VAUGHN                   TRUSTEE                                            26.84
DEBTOR REFUND                REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  335.45

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  308.61
TRUSTEE COMPENSATION                             26.84
DEBTOR REFUND                                      .00
                       ---------------    ---------------
TOTALS                   335.45                 335.45
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 24242 CLEOPHIOUS SIMMONS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE